Alice DAVID, Appellant,

v.

COMMISSIONER OF LABOR, STATE OF NEW YORK, Appellee.

No. 03–2726.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 20, 2004.

Decided Jan. 22, 2004.

Alice David, pro se, Le Center, MN, for Plaintiff–Appellant.

Steven Segall, Attorney General's Office, New York, NY, for Defendant–Appellee.

Before WOLLMAN, FAGG, and SMITH, Circuit Judges.

* The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the

PER CURIAM.

Alice David appeals the district court's * dismissal of David's civil complaint seeking unemployment insurance benefits. After careful review of the record, we conclude David's complaint was properly dismissed as res judicata-barred. *See Migra v. Warren City Sch. Dist. Bd. of Educ.,* 465 U.S. 75, 81, 104 S.Ct. 892, 79 L.Ed.2d 56 (1984); *Parker v. Blauvelt Volunteer Fire Co.,* 93 N.Y.2d 343, 690 N.Y.S.2d 478, 712 N.E.2d 647, 649–50 (N.Y.1999). Accordingly, we affirm. *See* 8th Cir. R. 47B.

District of Minnesota.